IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SASC, LLC, | : | Case No. 3:23-cv-00083 |
| Plaintiff, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| SCHOOL SUPPLY CONNECTION, INC. ET AL., | : | |
| | : | |
| Defendant. | : | |

## ORDER GRANTING DEFENDANT'S REQUEST FOR HEARING AND STAYING ATTACHMENT

On motion of Plaintiff and pursuant to Rule 64 of the Federal Rules of Civil Procedure and Chapter 2715 of the Ohio Revised Code, this Court previously ordered the prejudgment attachment of certain educational materials (the Kits) in Defendants' possession. (ECF No. 10.) This matter is now before the Court upon Defendant's Motion to Discharge *Ex Parte* Attachment and Request for Hearing. (ECF No. 23.) The Court finds that, under Section 2715.44 of the Ohio Revised Code, that request for hearing is well taken. Accordingly, the Court will promptly schedule a hearing on Defendant's motion by separate Order. Pending the resolution of that hearing and the Court's ruling upon Defendant's Motion for Discharge (ECF No. 23), the Court **STAYS** its previously issued Order of Attachment (ECF No. 10.). **The United States Marshal shall not execute the Order of Attachment (ECF No. 10) unless upon further Order of the Court.**

**IT IS SO ORDERED.**

                                                  */s/ Caroline H. Gentry*
                                                  Caroline H. Gentry
                                                  United States Magistrate Judge

Pursuant to Fed. R. Civ. P. 72(a), any party may serve and file specific, written objections within FOURTEEN days after being served with this Order. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to SEVENTEEN days if this Order is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), or (F). Such objections shall specify the portions of the Order objected to and shall be accompanied by a memorandum of law in support of the objections. If the Order is based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within FOURTEEN days after being served with a copy thereof.

Failure to make objections in accordance with this procedure may forfeit rights on appeal. See Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).