IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| SASC, LLC, | Case No. 3:23-cv-00083 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Caroline H. Gentry |
| SCHOOL SUPPLY CONNECTION, INC. ET AL., | |
| Defendant. | |

**ORDER DENYING DEFENDANT'S MOTION TO DISCHARGE AND LIFTING STAY**

This matter came before the Court on June 21, 2023 for a hearing on Defendant's Motion to Discharge Ex Parte Attachment (Doc. No. 23). At the close of evidence, the Court found that Plaintiff had satisfied its burdens under Ohio Rev. Code §§ 2715.01 and 2715.043 and had proven by a preponderance of the evidence that its Motion for Prejudgment Order of Attachment (Doc. No. 4) was supported by probable cause. For these reasons, the Court **DENIES** Plaintiff's Motion to Discharge Ex Parte Attachment (Doc. No. 23) and **LIFTS** the stay of its previously issued Order of Attachment (ECF No. 10). The United States Marshal shall proceed on the Order of Attachment (ECF No. 10) as directed therein.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Caroline H. Gentry*
　　　　　　　　　　　　　　　　　　　　　　　Caroline H. Gentry
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## Procedure on Objections

Pursuant to Fed. R. Civ. P. 72(a), any party may serve and file specific, written objections within FOURTEEN days after being served with this Order. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to SEVENTEEN days if this Order is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), or (F). Such objections shall specify the portions of the Order objected to and shall be accompanied by a memorandum of law in support of the objections. If the Order is based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within FOURTEEN days after being served with a copy thereof.

Failure to make objections in accordance with this procedure may forfeit rights on appeal. See Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).