# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| SASC, LLC, | : | Case No. 3:23-cv-00083 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| SCHOOL SUPPLY CONNECTION, INC., *et al.*, | : | |
| Defendants. | : | |

## ORDER CONTINUING THE STAY OF PROCEEDINGS AND PRELIMINARY PRETRIAL CONFERENCE

This matter is before the Court on the parties' Agreed Third Joint Status Report ("Status Report," Doc. No. 110). On September 18, 2024 the Court stayed this case for 120 days for the purpose of allowing the parties to complete an inventory of the property at issue and participate in settlement negotiations. (Order Granting Agreed Motion to Stay Pending Completing of Inventory, Doc. No. 107). The Court also ordered the parties to file joint status reports every thirty days and set a Preliminary Pretrial Conference with Judge Rose. (*Id.*)

In their most recent status report filed December 18, 2024, the parties stated that they need additional time to complete the agreed-upon spot checks following the completion of the inventory and to engage in settlement negotiations. (Status Report, Doc. No. 110 at PageID 3486-87.) The parties also stated that they plan to submit a joint motion requesting a one-month continuance of the stay deadline and the Preliminary

1

Pretrial Conference. (*Id.* at PageID 3487.) For the purposes of judicial economy and considering the upcoming holidays, the Court will construe the parties' Status Report as an Agreed Motion to continue the stay of this case and reset the Preliminary Pretrial Conference.

For the reasons stated by the parties, and for good cause shown, the Court **GRANTS** the parties' Agreed Motion. The Court hereby **ORDERS** that the stay of this litigation shall continue through **February 13, 2025**. Additionally, the parties shall participate in a **Preliminary Pretrial Conference with Judge Rose by telephone on Tuesday, February 18, 2025 at 10:00 a.m**.

**IT IS SO ORDERED.**

    *s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge