**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| SASC, LLC, | : | Case No. 3:23-cv-00083 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| SCHOOL SUPPLY CONNECTION, | : | |
| INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

## AMENDED PRELIMINARY PRETRIAL CONFERENCE ORDER

---

This matter is before the Court on the parties' Joint Motion for Extension of

Pretrial Conference Order (Doc. No. 119). For good cause shown, the Court **GRANTS**

the parties' Motion, and this matter shall proceed as follows:

| | |
|---|---|
| Plaintiff Primary Expert Designations | August 15, 2025 |
| Defendant Primary Expert Designations | August 15, 2025 |
| Plaintiff Rebuttal Expert Designations | September 15, 2025 |
| Defendant Rebuttal Expert Designations | September 15, 2025 |
| Discovery cut-off | October 3, 2025 |
| Telephone status conference following discovery to discuss possible alternative dispute resolution mechanisms | October 21, 2025 at 10:30 a.m. |
| Cut-off date for filing summary judgment motions | October 23, 2025 |

1

All other deadlines in the April 2, 2025 Preliminary Pretrial Conference Order (Doc. No. 115) remain in effect.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge