**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**
**Case No.: 3:23-cv-00083-TMR-CHG**

SASC, LLC d/b/a ACTIVATE LEARNING,

Plaintiff,

v.

SCHOOL SUPPLY CONNECTION INC.,
APLUS SCIENCE, and TIM PEYTON,

Defendants.
_______________________________________/

**JOINT MOTION FOR EXTENSION**
**OF AMENDED PRELIMINARY PRETRIAL CONFERENCE ORDER**

Plaintiff, SASC, LLC, d/b/a Activate Learning ("Plaintiff"), and Defendants, School Supply Connection, Inc., Timothy Peyton, and A Plus Science (collectively, "Defendants") (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 6 and Southern District of Ohio Local Rules 7.3(a) and 16.2, jointly move for an extension of the deadlines for this case as set forth below:

1. Pursuant to the Court's Amended Preliminary Pretrial Conference Order (the "Pretrial Order") [DE 120], primary expert designations are due by August 15, 2025, rebuttal expert designations are due by September 15, 2025, discovery concludes on October 3, 2025, and summary judgment motions are due by October 23, 2025.

2. The Parties are actively engaged in settlement negotiations and have made substantial progress towards a resolution; they are currently negotiating a term sheet to a settlement agreement. In order to allow additional time to reach a settlement and conserve resources during these negotiations, the Parties need additional time to complete fact and expert discovery and

address any future summary judgment motions.

3. The Parties therefore seek an extension of the upcoming deadlines set out in the Pretrial Order, as follows:

| Schedule | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff Primary Expert Designations | August 15, 2025 | September 15, 2025 |
| Defendant Primary Expert Designations | August 15, 2025 | September 15, 2025 |
| Plaintiff Rebuttal Expert Designations | September 15, 2025 | October 15, 2025 |
| Defendant Rebuttal Expert Designations | September 15, 2025 | October 15, 2025 |
| Discovery cut-offs | October 3, 2025 | November 3, 2025 |
| Cut-off date for filing summary judgment motions | October 23, 2025 | November 24, 2025 |

4. The Parties are not requesting any change in the trial date or any other deadline.

5. Good cause exists to extend the current deadlines. The requested extension of time is made in good faith, not for purposes of delay, and will not prejudice either party or the Court.

6. If the Parties reach a settlement, they will immediately file a joint notice advising the Court of same.

7. For the Court's convenience, a proposed Order granting this Joint Motion is attached hereto as Exhibit A.

**WHEREFORE**, for the foregoing reasons, the Parties respectfully request that the Court enter an Order granting this Joint Motion and extending the deadlines for expert designations, discovery cut-off, and filing summary judgment motions.

**CERTIFICATE OF CONFERRAL**

Pursuant to Southern District of Ohio Local Rule 7.3(a), undersigned counsel for Plaintiff certifies that they conferred with counsel for Defendants on August 15, 2025, regarding the relief requested in this motion and is authorized to represent that the Defendants agree to the relief requested herein.

Dated: August 15, 2025

Respectfully submitted,

**GREEN & GREEN, LAWYERS**

*/s/ Erin B. Moore*
Erin B. Moore (0061638)
ebmoore@green-law.com
Fredric L. Young (0059544)
flyoung@green-law.com
Green & Green, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402-1290
Telephone: 937.224.3333
Facsimile: 937.224.4311

Counsel for Defendants
School Supply Connection, Inc., Timothy Peyton and "Aplus Science"

**GREENBERG TRAURIG, LLP**

*/s/ John R. Richards*
John R. Richards, Esq. (6290558)
richardsjr@gtlaw.com
Greenberg Traurig, LLP
Terminus 200 Building
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100
Facsimile: 678.553.2212

Adrian Nuñez - *Pro Hac Vice*
Email: nuneza@gtlaw.com
Ketan Ganase - *Pro Hac Vice*
Email: ketan.ganase@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: 305.579.0500
Facsimile: 305.579.0717

Counsel for SASC, LLC d/b/a Activate Learning

**CERTIFICATE OF SERVICE**

A true and accurate copy of the foregoing was served through the court's electronic filing system this 15th day of August 2025.

*/s/ John R. Richards*
John R. Richards, Esq.

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**
**Case No.: 3:23-cv-00083-TMR-CHG**

SASC, LLC d/b/a ACTIVATE LEARNING,

Plaintiff,

v.

SCHOOL SUPPLY CONNECTION INC.,
APLUS SCIENCE, and TIM PEYTON,

Defendants.

______________________________________/

**[PROPOSED] ORDER EXTENDING CERTAIN DEADLINES IN**
**AMENDED PRELIMINARY PRETRIAL CONFERENCE ORDER**

THIS CAUSE came before the Court upon the Joint Motion For Extension of Amended Preliminary Pretrial Conference Order [DE __] (the "Joint Motion") of Plaintiff, SASC, LLC, d/b/a Activate Learning ("Plaintiff"), and Defendants, School Supply Connection, Inc., Timothy Peyton, and A Plus Science (collectively, "Defendants") (collectively, the "Parties"), to extend and reset certain deadlines established in the Court's Amended Preliminary Pretrial Conference Order (the "Amended Pretrial Order") [DE 120], and the Court having been advised that the Parties have conferred and agreed to the entry of this Order, and for good cause shown, the Court **GRANTS** the parties' Joint Motion**.**

The below deadlines are extended as follows:

1. Plaintiff Primary Expert Designations — **September 15, 2025**
2. Defendant Primary Expert Designations — **September 15, 2025**
3. Plaintiff Rebuttal Expert Designations — **October 15, 2025**
4. Defendant Rebuttal Expert Designations — **October 15, 2025**

5. Discovery cut-offs **November 3, 2025**

6. Cut-off date for filing summary judgment motions **November 24, 2025**

All other requirements set forth in the April 2, 2025 Pretrial Order [DE 115] shall continue to apply.

**DONE AND ORDERED** in Chambers this _____ day of August 2025.

______________________________
Thomas M. Rose, Judge
United States District Judge

OR

______________________________
Caroline H. Gentry, Magistrate
Judge United States Magistrate Judge

Copies to: All Counsel of Record