IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Case No.: 3:23-cv-00083-TMR-CHG

SASC, LLC d/b/a ACTIVATE LEARNING,

    Plaintiff,

v.

SCHOOL SUPPLY CONNECTION INC., APLUS SCIENCE, and TIM PEYTON,

    Defendants.

/

## NOTICE OF SETTLEMENT

Plaintiff SASC, LLC d/b/a Activate Learning, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement as to the material terms of a global resolution that has been documented in a signed term sheet. The parties will next be preparing the formal settlement documents to close on the settlement. For this reason, we respectfully request that the Court suspend all case deadlines so that the parties may focus on completing the settlement.

Dated: September 12, 2025        Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ John R. Richards
John R. Richards, Esq. (6290558)
richardsjr@gtlaw.com
Greenberg Traurig, LLP
Terminus 200 Building
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678.553.2100
Facsimile:  678.553.2212

        Joseph J. Mamounas - *Pro Hac Vice*
        Email: mamounasj@gtlaw.com
        Adrian Nuñez - *Pro Hac Vice*
        Email: nuneza@gtlaw.com
        Ketan Ganase - *Pro Hac Vice*
        Email: ketan.ganase@gtlaw.com
        333 S.E. 2nd Avenue, Suite 4400
        Miami, Florida 33131
        Telephone:  305.579.0500
        Facsimile:   305.579.0717

        *Counsel for SASC, LLC d/b/a Activate Learning*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 12th day of September 2024 to counsel of record for Defendants via CM/ECF.

        /s/ *John R. Richards*
           JOHN R. RICHARDS