**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**
Case No.:  3:23-cv-00083-TMR-CHG

SASC, LLC d/b/a ACTIVATE LEARNING,

    Plaintiff,

v.

SCHOOL SUPPLY CONNECTION INC.,
APLUS SCIENCE, and TIM PEYTON,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, SASC, LLC, d/b/a Activate Learning ("Plaintiff"), and Defendants, School Supply Connection, Inc., Timothy Peyton, and A Plus Science (collectively, "Defendants," and together with Plaintiff, the "Parties"), file this Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties have amicably resolved all disputes between them and entered into a Settlement Agreement and Mutual General Release (the "Settlement Agreement") dated December 17, 2025.  Accordingly, the parties jointly stipulate that the above-entitled action shall be dismissed with prejudice as to all claims, counterclaims, and causes of action that were brought or could have been brought by the Parties in this action, with the Parties to bear their own attorneys' fees, costs, and expenses.  The Parties agree that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

| | |
|---|---|
| Dated: December 22, 2025 | Respectfully submitted, |
| **GREEN & GREEN, LAWYERS** | **GREENBERG TRAURIG, LLP** |
| /s/ Erin B. Moore<br>Erin B. Moore (0061638)<br>ebmoore@green-law.com<br>Fredric L. Young (0059544)<br>flyoung@green-law.com<br>Green & Green, Lawyers<br>800 Performance Place<br>109 North Main Street<br>Dayton, Ohio 45402-1290<br>Telephone: 937.224.3333<br>Facsimile: 937.224.4311<br><br>Counsel for Defendants<br>School Supply Connection, Inc., Timothy Peyton and Aplus Science | /s/ John R. Richards<br>John R. Richards, Esq. (6290558)<br>richardsjr@gtlaw.com<br>Greenberg Traurig, LLP<br>Terminus 200 Building<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, Georgia 30305<br>Telephone: 678.553.2100<br>Facsimile: 678.553.2212<br><br>Adrian Nuñez - *Pro Hac Vice*<br>Email: nuneza@gtlaw.com<br>Ketan Ganase - *Pro Hac Vice*<br>Email: ketan.ganase@gtlaw.com<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>Telephone: 305.579.0500<br>Facsimile: 305.579.0717<br><br>Counsel for SASC, LLC d/b/a Activate Learning |