# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| SASC, LLC, | Case No. 3:23-cv-00083 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Caroline H. Gentry |
| SCHOOL SUPPLY CONNECTION, INC., *et al.*, | |
| Defendants. | |

## ORDER DISCHARGING ORDER OF ATTACHMENT AND RELEASING ATTACHED PROPERTY

This matter is before the Court on the parties' Joint Motion for Order Releasing Attached Property ("Joint Motion," Doc. No. 124). Having been advised that the Parties have agreed to the entry of this Order, and for good cause shown, the Court **GRANTS** the parties' Joint Motion.

The Court hereby discharges the prejudgment writ of attachment (Doc. No. 10) that attached certain kits and components (the "Attached Property") in the possession of Defendants and stored at the premises of Defendant School Supply Connection, Inc. The Court **DIRECTS** the United States Marshal to release the Attached Property from its custody.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge